The People of the State of New York, Respondent, v. Leroy Hope, Appellant.— Motion to dismiss appeal granted. Present — Peck, P. J., Callahan, Breitel, Botein and Rabin, JJ.

■

The People of the State of New York, Respondent, v. Carmine Santo, Appellant.— Motion to dismiss appeal granted. Present — Peck, P. J., Callahan, Breitel, Botein and Rabin, JJ.

### (February 25, 1955.)

(Republished.)

■

Jacob Goodman & Co., Inc., Appellant, v. New York Telephone Company et al., Respondents.— Orders, insofar as they deny motions to dismiss complaint and insofar as they direct that the *status quo* of the funds be maintained, unanimously reversed and the complaint dismissed without prejudice, in accordance with opinion herein. Cohn, J. P., Callahan, Breitel and Botein, JJ., concur. [See *ante*, p. 404.]